UNITED STATES BANKRUPTCY COURT
District of Colorado

| | |
|---|---|
| In re: ) | |
| ) | |
| BRANDON MICHAEL BURRIER ) | AP No.: 09cv00002-AP |
| DENON ARAE KUNTZELMAN ) | |
| A.K.A. DENON ARAE ) | |
| BURRIER-KUNTZELMAN, ) | Bankruptcy No.: 07-11337-SBB |
| Debtors, ) | |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| Appellant, ) | |
| ) | |

## APPELLANT'S MOTION TO DISMISS APPEAL

Appellant, Wells Fargo Bank, N.A., by and through its counsel, Castle Meinhold & Stawiarski, LLC hereby moves this Court to dismiss the above-captioned Appeal. As grounds therefore, Appellant states as follows:

1. On December 31, 2008, Appellant filed its Notice of Appeal in this matter.

2. Thereafter, on January 8, 2009, Wells Fargo Bank, N.A. filed its Motion for Relief from Order Entered December 22, 2008 Entitled: Memorandum Opinion and Order Denying Wells Fargo Bank, N.A.'s Motion for Court to Enforce Terms of Stipulation and For Relief from the Automatic Stay (Docket #80) in the United States Bankruptcy Court for the District of Colorado.

3. On April 4, 2009, the Court entered its Memorandum Opinion and Order Granting Wells Fargo Bank's Motion for Relief from Order Entered December 22, 2008 (Docket # 123).

4. The issues raised in Wells Fargo's Appeal are now moot as the Court has vacated its previous Order of December 22, 2008.

WHEREFORE, Appellant requests this Court dismiss the Appeal and for such other relief as the Court deems proper.

Respectfully submitted this 29th day of April, 2009.

CASTLE MEINHOLD & STAWIARSKI,

*/s/ Britney Beall-Eder*
Britney Beall-Eder, #34935
Attorney for Wells Fargo Bank, N.A.
999 18th Street, Suite 2201
Denver, CO  80202
303-865-1440
(303) 865-1410 (facsimile)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on April 29, 2009, the foregoing **APPELLANT'S MOTION TO DISMISS APPEAL** was placed in the United States mail, first class postage prepaid, to the following:

Brandon Michael Burrier
9515 W. 53rd Place
Arvada, CO  80002

Denon Arae Kuntzelman a.k.a. Denon Arae Burrier-Kuntzelman
9515 W. 53rd Place
Arvada, CO  80002

Kevin M. O'Shaughnessy, Esq.
1177 Grant Street Ste. 108
Denver, CO  80203

Tara E. Gaschler, Esq.
600 17th Street, Suite 2800S
Denver, CO 80202

Sally J. Zeman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO  80201

*/s/ Heather Christman*
Heather Christman, Paralegal